■ HERBERT KWASNIK, Appellant, v CITY OF NEW YORK et al., Defendants, and WARBASSEE CARES FOR SENIORS, INC., et al., Respondents. [748 NYS2d 510] —In an action, inter alia, to recover damages for wrongful death, the plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Kings County (Hutcherson, J.), dated January 3, 2001, as granted the cross motion of the defendants Warbassee Cares for Seniors, Inc., Metropolitan Jewish Geriatric Center, Frances Lukasavage, Steven Einhorn, and Judith Alexander, to dismiss the complaint insofar as asserted against them.

peals, as limited by his brief, from so much of an order of the Supreme Court, Kings County (Hutcherson, J.), dated July 6, 2001, as granted the cross motion of the defendant City of New York to dismiss the complaint insofar as asserted against it.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs to the defendant City of New York.

Under the circumstances of this case, the police and emergency services personnel who responded to the apartment of the plaintiff's decedent had the discretion pursuant to Mental Hygiene Law § 9.41 to transport the decedent to the hospital.

The plaintiff's remaining contentions are without merit. Feuerstein, J.P., Smith, Goldstein and Luciano, JJ., concur.